IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMUEL S. UPTHEGROVE,

                                             ORDER

            Petitioner,

                                            08-cv-552-slc[1]

    v.

CHARLES TUBBS, PAUL WESTERHAUS,
MR. OURADA, BRUCE SUNDE, TERRY
TIMM, SUPERVISOR BRANDT, YC KRAFT,
YC GERDES, and JOHN DOES 1-26,

           Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order entered November 6, 2008, I concluded that petitioner Samuel S. Upthegrove's complaint violated Fed. R. Civ. P. 20 and gave him until November 10, 2008 to advise the court which of the separate lawsuits he will prosecute and which, if any, he will withdraw voluntarily. It was not my intention to give petitioner so little time to respond. Therefore, petitioner may have an extension of time until November 17, 2008 in which to advise

---

[1] Because the parties have not yet consented to the magistrate judge's jurisdiction to decide dispositive questions in this case, I am ruling on the question whether petitioner may proceed with one or more of the claims raised in his proposed amended complaint.

the court which of the lawsuits he will prosecute and which he will withdraw voluntarily.

Entered this 10th day of November, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge