# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| SAMUEL S. UPTHEGROVE, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 08-cv-552-slc |
| v. | |
| PAUL WESTERHOUSE, MR. OURADA, BRUCE SUNDE and MARK BYE, | |
| Defendants. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____   _____4/8/09_____
**by Deputy Clerk**                                                         Date